IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GARZA, B-96513, | ) |
| Plaintiff(s), | ) No. C 12-5151 CRB (PR) |
| v. | ) ORDER |
| L. TREXLER, et al., | ) (Docket # 26) |
| Defendant(s). | ) |

    Plaintiff has filed a request for "the present or last known address of defendants R. Gutierrez and A. Hill be provided directly to the U.S. Marshal to complete service of the complaint." Good cause appearing, plaintiff's request is GRANTED IN PART. Within 15 days from the date of this order, defendants shall provide the U.S. Marshal with the last known addresses for defendants R. Gutierrez and A. Hill, if any.

    Plaintiff is reminded that discovery is his responsibility. The court will not conduct any further discovery on his behalf.

SO ORDERED.

DATED: July 10, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Garza, E.12-5151.or1.wpd