**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD GARZA, | No. 3:12-CV-05151 CRB (NJV) |
| Plaintiff, | ORDER VACATING WRIT ISSUED FOR ATTENDANCE OF PLAINTIFF AT SETTLEMENT CONFERENCE |
| v. | |
| L. TREXLER, et al, | (Doc. 53.) |
| Defendants. | |

The settlement conference previously scheduled in this case for 1:00 p.m. on February 14, 2014, has been vacated. (Doc. 58.) Accordingly, the writ of habeas corpus ad testificandum issued on January 14, 2014, for the attendance of Plaintiff at the settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: January 17, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD GARZA, | No. 3:12-CV-05151 CRB (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| L. TREXLER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 17, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Edward Garza
B-96513
Salinas Valley State Prison
A2-110L
P.O. Box 1050
Soledad, CA 93960

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2