UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD GARZA,

    Plaintiff,

  v.

L. TREXLER, et al.,

    Defendants.

Case No.  12-cv-05151-CRB   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 14, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Edward Garza Pro Se.

    (  ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Jennifer Nygaard.

    (X) Other:  Defense counsel Daniel Meagher and Mark Muller and CDCR counsel, Patricia Lee.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

    ( X) The case has been completely settled.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: March 21, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge