IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD GARZA, B-96513, | ) | |
| Plaintiff(s), | ) | No. C 12-5151 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| L. TREXLER, et al., | ) | (Docket #30) |
| Defendant(s). | ) | |

Pursuant to the parties' recently-filed stipulation for voluntary dismissal with prejudice, the instant case is DISMISSED with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

The clerk shall enter judgment in accordance with this order, terminate all pending motions (e.g., docket #30) as moot and close the file.

SO ORDERED.

DATED: March 20, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Garza, E.12-5151.dismissal.wpd